# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE EVERYWARE GLOBAL, INC., SECURITIES LITIGATION | Case No. 2:14-CV-01838<br><br>JUDGE ALGENON L. MARBLEY<br>Magistrate Judge Terence P. Kemp |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs IBEW Local No. 58 Annuity Fund and Electrical Workers Pension Trust Fund of IBEW Local No. 58, Detroit, Michigan, hereby appeal to the United States Court of Appeals for the Sixth Circuit from: (1) the final judgment in favor of the Defendants and against Plaintiffs entered in this action on March 30, 2016 (ECF No. 126); and (2) the Opinion and Order entered in this action on March 30, 2016 (ECF No. 125).

Dated: April 29, 2016　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/Geoffrey M. Johnson
　　　　　　　　　　　　　　　　　　　　Geoffrey M. Johnson (Bar No. 0073084)
　　　　　　　　　　　　　　　　　　　　**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
　　　　　　　　　　　　　　　　　　　　12434 Cedar Road, Suite 12
　　　　　　　　　　　　　　　　　　　　Cleveland Heights, OH 44106
　　　　　　　　　　　　　　　　　　　　Telephone:  (216) 229-6088
　　　　　　　　　　　　　　　　　　　　Facsimile:  (216) 229-6092
　　　　　　　　　　　　　　　　　　　　gjohnson@scott-scott.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs IBEW Local No. 58 Annuity*
　　　　　　　　　　　　　　　　　　　　*Fund and Electrical Workers Pension Trust Fund of*
　　　　　　　　　　　　　　　　　　　　*IBEW Local No. 58, Detroit, Michigan*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 29, 2016, the foregoing Notice of Appeal was electronically filed with the clerk of the court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/*Geoffrey M. Johnson
Geoffrey M. Johnson (Bar No. 0073084)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone:  (216) 229-6088
Facsimile:  (216) 229-6092
gjohnson@scott-scott.com

*Counsel for Plaintiffs IBEW Local No. 58 Annuity Fund and Electrical Workers Pension Trust Fund of IBEW Local No. 58, Detroit, Michigan*